City Care Acupuncture, P.C. and Jamaica Wellness Medical, P.C., as Assignees of Irina Sergheiciuc, Appellants,
against
Allstate Property and Casualty Insurance Company, Respondent.




Amos Weinberg, Esq., for appellants.
Abrams, Cohen & Associates, P.C. (Frank Piccininni, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Terrence C. O'Connor, J.), entered May 28, 2015. The order, insofar as appealed from as limited by the brief, granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by providers to recover assigned first-party no-fault benefits, plaintiffs appeal from so much of an order of the Civil Court as granted defendant's cross motion for summary judgment dismissing the complaint on the ground that the action is premature because plaintiffs had failed to provide requested verification.
In support of plaintiffs' motion for summary judgment and in opposition to defendant's cross motion, plaintiffs submitted affirmations from plaintiffs' counsel and annexed purported verification responses which expressly stated that plaintiffs were not providing responses to some of defendant's verification requests. As a result, contrary to plaintiffs' contention, the record demonstrates that defendant had not received all of the requested verification and, thus, that the action is premature (see Central Suffolk Hosp. v New York Cent. Mut. Fire Ins. Co., 24 AD3d 492 [2005]).
Accordingly, the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 19, 2017